**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| DLC DermaCare LLC, an Arizona limited liability company, | ) No. CV-10-333-PHX-DGC )<br>) **ORDER** |
| Plaintiff, | ) |
| vs. | )<br>) |
| Sixta Castillo, R.N., et al., | )<br>) |
| Defendants. | )<br>) |

Defendants Anshu Jain and Nora Jain have filed a notice of substitution of counsel requesting that the law firm of Thomas Schern Richardson, PLLC be substituted as their counsel of record in place of Gabriel & Ashworth, PLLC.  Doc. 119.  Defendants have provided written consent for the requested substitution. *Id.* at 2.  No opposition has been filed.

**IT IS THEREFORE ORDERED:**

1.     The request for substitution of counsel (Doc. 119) is **granted**.

2.     The law firm of Thomas Schern Richardson, PLLC is substituted as counsel of record for Anshu Jain and Nora Jain in place of the law firm of Gabriel & Ashworth, PLLC.

DATED this 16th day of December, 2010.

David G. Campbell
United States District Judge