**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DLC DermaCare LLC, an Arizona limited liability company,<br><br>       Plaintiff,<br><br>vs.<br><br>Sixta Castillo, R.N., et al.,<br><br>       Defendants. | No. CV-10-333-PHX-DGC<br><br>**ORDER** |

      DLC DermaCare LLC began franchising dermatology clinics in 2004.  It brought suit against numerous franchisees, their spouses, and certain other defendants in early 2010. Doc. 1.  The Court has granted multiple motions to compel arbitration and dismiss based on arbitration provisions in the relevant franchise agreements.  *See* Docs. 59, 145.  Defendants Gautam and Anjana Samadder and John and Latha Johnson have filed a motion to dismiss on the same ground.  Doc. 148.  No response has been filed, and the time for filing one has passed.  *See* LRCiv 7.2(c); Fed. R. Civ. P. 6(d).

      Local Rule of Civil Procedure 7.2(i) provides that where the adverse party fails to file the required responsive memorandum, "such non-compliance may be deemed a consent to the . . . granting of the motion and the Court may dispose of the motion summarily." Pursuant to that rule, and for good cause appearing, the Court will grant Defendants' motion.

      **IT IS ORDERED:**

      1.      Defendants' motion to dismiss pending arbitration (Doc. 148) is **granted**.

      2.      Plaintiff and Defendants Gautam and Anjana Samadder and John and Latha Johnson are directed to comply with the mediation and arbitration provisions

set forth in the relevant franchise agreement. *See* Doc. 114-1.

3.      The claims asserted against Defendants Gautam and Anjana Samadder and John and Latha Johnson are **dismissed**.

DATED this 27th day of January, 2011.

_____
David G. Campbell
United States District Judge