**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DLC Dermacare LLC,<br><br>             Plaintiff,<br><br>vs.<br><br>Sixta Castillo, R.N., et al.,<br><br>             Defendants. | No. CV-10-0333-PHX-DGC<br><br>**ORDER** |

A motion for attorneys' fees and costs has been filed by Defendants Johnathan Munoz, M.D., Michele Connor, Timothy Bode, M.D., Bobbie Bode, Anshu Jain, and Nora Jain.  Doc. 150.  The motion will be denied.

Defendants state that pursuant to Local Rule of Civil Procedure 54.2, they will file their supporting documentation if the parties are not able to satisfactorily resolve all disputed issues "after personal consultation with Plaintiff and a good faith effort to do so."  Doc. 150 at 3.  But absent a statement of consultation certifying that the parties had in fact engaged in good faith efforts to resolve the fee dispute, Defendants are not permitted to file a motion for attorneys' fees.  LRCiv 54.2(d)(1).  Moreover, the motion is premature given that final judgment has not been entered.  The Court's order of dismissal (Doc. 145) does not constitute a final judgment for purposes of Rule 54 of the Federal Rules of Civil Procedure.  To the extent that order were to be construed as a final judgment, Defendants have not filed the required supporting documentation within the

60-day time period set forth in Local Rule of Civil Procedure 54.2(b)(2).

**IT IS THEREFORE ORDERED** that Defendants' joint motion for attorneys' fees and costs (Doc. 150) is **denied** without prejudice to re-filing after final judgment is entered.

Dated this 8th day of March, 2011.

_____
David G. Campbell
United States District Judge