**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DLC Dermacare LLC, | No. CV-10-333-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Sixta Castillo, R.N., et al., | |
| Defendants. | |

Plaintiff has filed a motion for leave to file a second amended complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure. Doc. 182. No response has been filed. The Court will grant the motion in part and deny it in part.

The motion will be denied to the extent the proposed second amended complaint includes claims against Defendants which have been settled (Doc. 28), voluntarily dismissed with prejudice (Doc. 16), or dismissed pursuant to arbitration provisions (Docs. 145, 154). The motion otherwise is granted pursuant to the liberal amendment policy of Rule 15.

**IT IS ORDERED:**

1. Plaintiff's motion for leave to file second amended complaint (Doc. 182) is **granted in part** and **denied in part**.

2. Plaintiff shall have until **July 15, 2011** to file a second amended complaint consistent with this order. Each individual or entity properly named as a Defendant shall be specifically listed in the caption of the complaint.

Dated this 7th day of July, 2011.

*[signature: David G. Campbell]*

David G. Campbell
United States District Judge